

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

JUL 25 2022

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:22-00253 |
| v. | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| | ) | 18 U.S.C. § 924(c)(1) |
| BENJAMIN TUCKER | ) | 21 U.S.C. § 841(a)(1) |
| AUSTIN WELKER | ) | 21 U.S.C. § 846 |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

Beginning not later than on or about March 2022, the exact date being unknown to the Grand Jury, through on or about April 18, 2022, in the Middle District of Tennessee and elsewhere, **BENJAMIN TUCKER,** and **AUSTIN WELKER** did combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, and 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propenamide, commonly known as fentanyl, both of which are Schedule II controlled substances; and 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about March 23, 2022, in the Middle District of Tennessee, **BENJAMIN TUCKER** did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about April 4, 2022, in the Middle District of Tennessee, **BENJAMIN TUCKER** did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about April 13, 2022, in the Middle District of Tennessee, **BENJAMIN TUCKER** did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about April 18, 2022, in the Middle District of Tennessee, in Davidson County, **BENJAMIN TUCKER** did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

THE GRAND JURY FURTHER CHARGES:

On or about April 18, 2022, in the Middle District of Tennessee, **BENJAMIN TUCKER,** did knowingly possess a firearm in furtherance of a drug trafficking crime, as charged in Count Five of the Indictment, for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES:

On or about April 18, 2022, in the Middle District of Tennessee, **BENJAMIN TUCKER,** knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm to wit: a Smith & Wesson handgun, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT EIGHT

THE GRAND JURY FURTHER CHARGES:

On or about April 18, 2022, in the Middle District of Tennessee, in Davidson County, **BENJAMIN TUCKER** and **AUSTIN WELKER**, aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; 50 grams or more of methamphetamine, and a quantity of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, commonly known as fentanyl, both of which are Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

THE GRAND JURY FURTHER CHARGES:

On or about April 18, 2022, in the Middle District of Tennessee, **BENJAMIN TUCKER** and **AUSTIN WELKER** did knowingly possess a firearm in furtherance of a drug trafficking crime, as charged in Count Eight of the Indictment, for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT TEN

THE GRAND JURY FURTHER CHARGES:

On or about April 18, 2022, in the Middle District of Tennessee, **BENJAMIN TUCKER** and **AUSTIN WELKER**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm to wit: a Sig Sauer

P365 handgun, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT ELEVEN

THE GRAND JURY FURTHER CHARGES:

On or about April 18, 2022, in the Middle District of Tennessee, in Williamson County, **BENJAMIN TUCKER** and **AUSTIN WELKER,** aided and abetted by each other, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, and 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, commonly known as fentanyl, both of which are Schedule II controlled substances; and 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWELVE

THE GRAND JURY FURTHER CHARGES:

On or about April 18, 2022, in the Middle District of Tennessee, **BENJAMIN TUCKER and AUSTIN WELKER,** did knowingly possess a firearm in furtherance of a drug trafficking crime, as charged in Count Eleven of the Indictment, for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

5

Case 3:22-cr-00253   Document 1   Filed 07/25/22   Page 5 of 6 PageID #: 5

## COUNT THIRTEEN

THE GRAND JURY FURTHER CHARGES:

On or about April 18, 2022, in the Middle District of Tennessee, **BENJAMIN TUCKER** and **AUSTIN WELKER**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm to wit: a Sig Sauer handgun, a Taurus .357, an Anderson AM15 AR15, and a Mossberg MMR AR15 and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

FOREPERSON

MARK H. WILDASIN
UNITED STATES ATTORNEY

BROOKE C. FARZAD
SPECIAL ASSISTANT UNITED STATES ATTORNEY